# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY LEON WEBSTER                                              PLAINTIFF
ADC #114018

v.                      No. 3:19-cv-59-DPM

DOES, Four Police Officers, West                              DEFENDANTS
Memphis Police Department

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2019