# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

GARY LEON WEBSTER                                                    PLAINTIFF
ADC #114018

v.                                    No. 3:19-cv-59-DPM

DOES, Four Police Officers, West                              DEFENDANTS
Memphis Police Department

### ORDER

   1. Motion to amend complaint, № 12, denied.  The Court dismissed Webster's complaint;  and nothing in the proposed amendment warrants relief from the Judgment and final Order.  *№ 9 & № 10.*  This case is closed.

   2. Motion for leave to proceed *in forma pauperis* on appeal, № 16, denied.  The Court certified that an *in forma pauperis* appeal would not be taken in good faith.  *№ 9.*

   So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____24 July 2019_____